**\*\*E-filed 10/20/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | No. C 11-4111 RS |
|         Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO REMAND** |
| CYNTHIA FONTES, et al., | |
|         Defendants. | |

Pursuant to Civil Local Rule 7-1(b), plaintiff's motion to remand this action to Monterey Superior Court is suitable for disposition without oral argument, and the hearing set for October 27, 2011 is vacated. On September 16, 2011, an order issued explaining why removal jurisdiction does not exist over this unlawful detainer action based on any federal question. The order further explained that, even assuming defendants' contentions as to the parties' respective citizenships and the amount in controversy were supportable, removal jurisdiction based on diversity of citizenship would not lie unless plaintiff waived the defect that the removal contravenes the "no local defendant" rule of 28 U.S.C. § 1441(b).

By filing its timely motion to remand, plaintiff has properly preserved its objection to the violation of the "no local defendant" rule. Defendants have filed no opposition to the remand

1  motion.  As there are no grounds for jurisdiction over this action in this Court, the motion is granted.
2  The matter is hereby remanded to Monterey Superior Court.
3
4
5  IT IS SO ORDERED.
6
7  Dated: 10/20/11
8  RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE